# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | FILED - USDC ALSD<br>JUL 18"25 PM 1:38 |
| Plaintiff, | Civil Action File No. |
| v. | _____ |
| **EDWIN BRANT FROST IV and**<br>**FIRST LIBERTY BUILDING & LOAN, LLC,** | 1:25-mc-00006-WS-N |
| Defendants, and | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,** | **JURY TRIAL DEMANDED** |
| Relief Defendants. | |

## NOTICE BY RECEIVER OF FILING OF COMPLAINT AND ORDER APPIONTING RECEIVER

NOTICE IS HEREBY GIVEN that S. Gregory Hays was appointed on July 11, 2025, as Receiver (the "**Receiver**") in an action pending in the United States District Court for the Northern District of Georgia styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB (the "**Action**").

Pursuant to 28 U.S.C. § 754 regarding receivers of property in different districts, the Receiver hereby files in this District copies of the: 1) Complaint [Dkt. No. 1 in the Action]; and 2) the Order Appointing Receiver [Dkt. No. 6 in the Action] in which S. Gregory Hays was appointed as Receiver.

Dated: July 17, 2025.

Respectfully submitted,

_____
S. Gregory Hays, as Court-Appointed Receiver
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404)926-0051
ghays@haysconsulting.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025 a true and correct copy of the foregoing has been served via e-mail upon:

Kristin W. Murnahan, Senior Trial Counsel
U.S. Securities and Exchange Commission
murnahank@sec.gov.

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
*Counsel for the Receiver*







