# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

FILED - USDC ALSD
JUL 18"25 PM 1:38

July 17, 2025

U.S. District Court for Southern District of Alabama    1:25-mc-00006-WS-N
155 Saint Joseph St.
Mobile, AL 36602
Attn: Clerk of Court

RE:   S. Gregory Hays, as Receiver appointed by the United States District Court for the Northern District of Georgia in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB

Dear Clerk:

This office is counsel for the Receiver in the above-captioned case. Enclosed please find a *Notice of Filing Complaint and Order Appointing Receiver* to file the referenced Complaint and Order Appointing Receiver in this District along with a check in the amount of $52 to cover the cost to open a Miscellaneous Action.

If you have any questions, please do not hesitate to contact my office. Thank you for your assistance.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

By:   /s/ Henry F. Sewell, Jr.
       Henry F. Sewell, Jr.

Enclosure

ORIGIN ID:TMAA   (404) 822-1785
HENRY SEWELL
HENRY SEWELL
SUITE 555
2964 PEACHTREE RD
ATLANTA, GA 30305
UNITED STATES US

SHIP DATE: 17JUL25
ACTWGT: 0.20 LB
CAD: 110464924/INET4535

BILL SENDER

TO  CLERK
US DISTRICT COURT S AL
155 SAINT JOSEPH ST.

MOBILE AL 36602
(404) 926-0053   REF:
INV:
PO:   DEPT:

US DISTRICT COURT S AL
155 SAINT JOSEPH ST
MOBILE AL
36602-3914-55
228-7553FL
ETP: 2   SP:PD:100:Y
11952742625600003660200882867172256

FRI - 18 JUL 5:00P
STANDARD OVERNIGHT

TRK# 8828 6717 2256
0201

XW MOBIG

MOBA 36602
AL-US  BFM

